TAUZIEDE *et al. v.* JUMEL *et al.*

*(Supreme Court, General Term, First Department.   April, 1891.)*

No opinion.   Stay of proceedings directed, but subject to the condition that the case shall be argued or submitted at the next May general term.   For opinion on hearing at the May term, see 15 N. Y. Supp. 24

---

SCHULTHEIS *v.* WEBSTER *et al.*

*(Supreme Court, General Term, First Department.   April 17, 1891.)*

No opinion.   Motion denied, with $10 costs.   See 13 N. Y. Supp. 684.

---

NEW YORK, L. E. & W. R. Co., Respondent, *v.* ATLANTIC REFINING CO., Appellant.

*(Supreme Court, General Term, First Department.   April 17, 1891.)*

No opinion.   Motion for reargument denied.   See 13 N. Y. Supp. 466.

---

PEOPLE *v.* BARKER.

*(Supreme Court, General Term, First Department.   May 15, 1891.)*

No opinion.   Motion denied upon stipulating to argue in June.

---

HASBROUCK *v.* YOUNG.

*(Supreme Court, General Term, First Department.   May 15, 1891.)*

No opinion.   Motion denied.   See 15 N. Y. Supp. 919.

---

CLEMENS, Respondent, *v.* SOCIETY OF GOOD FELLOWS, Appellant.

*(Supreme Court, General Term, Second Department.   May 11, 1891.)*

Appeal from special term.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*S. M. Lindsley*, for appellant.   *C. Morschauser*, for respondent.

DYKMAN. J.   This action is based upon a certificate issued to the plaintiff by the defendant upon the life of Patrick Durnin.   The trial was before a judge without a jury, and he has found all the facts in favor of the plaintiff which entitle her to a recovery, and the findings are supported by the evidence.   There are no questions of law involved, and the judgment should be affirmed, with costs.   All concur.

---

ROSELLEN, Respondent, *v.* HENRICH *et al.*, Appellants.

*(Supreme Court, General Term, First Department.   June 12, 1891.)*

Action by Henry Rosellen against Henry Henrich and others.

No opinion.   Order affirmed, with $10 costs and disbursements

---

LEAVITT *et al.*, Respondents, *v.* MILLER *et al.*, Appellants.

*(Supreme Court, General Term, First Department.   June 12, 1891.)*

Action by James T. Leavitt against Gustave M. Miller and others.

No opinion.   Order affirmed, with $10 costs and disbursements.